# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America,

*Plaintiff,*

v.  Case No. 2:12–cv–13537–PJD–MJH

Hon. Patrick J. Duggan

David D Bernath,

*Defendant.*

**SUMMONS IN A CIVIL ACTION**

To:  David D Bernath

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Charles Holzman
        28366 Franklin Road
        Southfield, MI
        48034

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*       By:  s/ T McGovern_____
                                                                 *Signature of Clerk or Deputy Clerk*

                                                                  Date of Issuance:  August 10, 2012



AO 440 (Rev. 12/09) Summons in a Civil Action

## Summons and Complaint Return of Service

Case No. 2:12–cv–13537–PJD–MJH
Hon. Patrick J. Duggan

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served:   David D Bernath

Date of Service: _____

## Method of Service

____ Personally served at this address:
_____
_____
_____

____ Left copies at defendant's usual place of abode with (name of person):
_____
_____
_____

____ Other (specify):
_____
_____
_____

____ Returned unexecuted (reason):
_____
_____
_____

**Service Fees:**   Travel $_____   Service $_____   Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____

Signature of Server: _____

Date: _____

Server's Address: _____
_____
_____